944

No. 677.   REAVES *v.* ARKANSAS.   Supremé Court of Arkansas.   Certiorari denied.   *Jack Holt* and *Jack Holt, Jr.* for petitioner.

No. 682.   COOPER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 10th Cir.   Certiorari denied.   *R. L. Letton* for petitioners.   *Solicitor General Rankin, Assistant Attorney General Rice* and *Robert N. Anderson* for respondent.

No. 683.   SIMPSON *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.   *John E. Skilling, Paul F. Myers, James Craig Peacock, Robert Holt Myers, John Holt Myers* and *James W. Quiggle* for petitioner.   *Solicitor General Rankin, Assistant Attorney General Rice* and *Melva M. Graney* for the United States.

No. 686.   TAITEL ET AL., DOING BUSINESS AS I. TAITEL & SON, *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 7th Cir.   Certiorari denied.   *Thomas M. Quinn* for petitioner.   *Solicitor General Rankin, Jerome D. Fenton, Thomas J. McDermott* and *Dominick L. Manoli* for respondent.

No. 689.   GROGAN *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.   *Wesley R. Asinof* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 681.   MOORE *v.* OHIO.   Supreme Court of Ohio. Certiorari denied.   MR. JUSTICE STEWART took no part in the consideration or decision of this application.   *C. C. Lipps* for petitioner.